

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00258-CV

IN THE INTEREST OF J.D., A CHILD     §     On Appeal from

§     County Court at Law No. 1

§     of Wichita County (13166-JR-E)

§     August 22, 2019

§     Opinion by Justice Womack

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack